O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE B. ESTES,<br>　　　Plaintiff,<br>v.<br>G. DOTSON,<br>　　　Defendant. | Case No. 2:16-cv-09422-GW-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation and the Final Report and Recommendation of the United States Magistrate Judge (Dkt. 25, 26). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge except the date of "November 3" in line 25 of page 3 of the Report and Recommendation should read "November 30".

//

//

IT IS THEREFORE ORDERED that: (1) Plaintiff's request for a stay (Dkt. 21) is DENIED, (2) Defendant's motion for summary judgment (Dkt. 16) is GRANTED, and (3) Judgment shall be entered dismissing the Complaint without prejudice for failure to exhaust administrative remedies.

DATED: August 1, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE