JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE B. ESTES,<br>　　Plaintiff,<br>v.<br>G. DOTSON,<br>　　Defendant. | Case No. 2:16-cv-09422-GW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: August 1, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE